No. 265. JOSEPH BUCHHALTER ET AL. *v.* FRANK SOLOMON. Error to the Supreme Court of the State of Colorado. Motion to dismiss submitted October 18, 1926. Decided October 25, 1926. *Per Curiam.* Motion to dismiss granted on authority of *Hiriart* v. *Ballon,* 9 Pet. 156, 166; *Beall* v. *New Mexico,* 16 Wall. 535, 539; *Hopkins* v. *Orr,* 124 U. S. 511, 515; *Pease* v. *Rathbun-Jones Engineering Co.,* 243 U. S. 273, 278 *Messrs. J. J. Luberman*

and *Chas. Rosenbaum* for defendant in error, in support of the motion. *Mr. John T. Bottom* for plaintiff in error, in opposition thereto.